UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

JOSE GARCIA

                 Petitioner,

      -against-

UNITED STATES OF AMERICA,

                 Respondent.

------------------------------------------------------

06 Civ. 3115 (RJH) (GWG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08

On December 13, 2007, Magistrate Judge Gorenstein issued a Report and Recommendation ("the Report") in this case recommending that the petition for a writ of habeas corpus under 28 U.S.C. § 2255 be denied as moot. In the absence of objections, the Court reviews the Report for clear error. *See Edwards v. Fischer*, 414 F. Supp. 2d 342, 346–47 (S.D.N.Y. 2006). Finding none, the Court adopts the Report and denies the petition as moot.

SO ORDERED.

Dated: New York, New York
March 3, 2008

                                               Richard J. Holwell
                                               United States District Judge